**United States District Court**
**Central District of California**

UNITED STATES OF AMERICA vs.

Docket No. CR 05-206(A)-NM

ENTERED
CLERK, U.S. DISTRICT COURT
FEB 2 2006
CENTRAL DISTRICT OF CALIFORNIA

Defendant: Steven K. Irvin
akas:

Social Security No: 0 5 3 7 (Last 4 digits)

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person

| MONTH | DAY | YEAR |
|---|---|---|
| 1 | 30 | 2006 |

**COUNSEL** [X] WITH COUNSEL — Michael Meza
(Name of Counsel)

**PLEA** [X] GUILTY, and the court being satisfied that there is a factual basis for the plea. [ ] NOLO CONTENDERE [ ] NOT GUILTY

**FINDING** There being a finding/verdict of [X] GUILTY, defendant has been convicted as charged of the offense(s) of:

Travel for the purpose of engaging in sexual act with a minor, in violation of 18 USC 2423(b), as alleged in count 4 of the first superseding Indictment. It is ordered that defendant shall pay to the United States a special assessment of $100.00, which is due immediately to the Clerk of the Court. Pursuant to 5E1.2(e) of the Guidelines all fines are waived as it is found that defendant does not have the ability to pay a fine. Court finds offense level 21, criminal history category I for a range of 37-46 months.

**JUDGMENT AND PROB/ COMM ORDER** The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of:

37 months. Upon release from imprisonment defendant shall be placed on supervised release for a term of 7 years under the following terms & conditions: 1. Comply with the rules & regulations of the U.S. Probation Office & General Order 318; 2. During the period of community supervision defendant shall pay the special assessment in accordance with this judgment's orders pertaining to such payment; 3. Defendant shall cooperate in the collection of a DNA sample from defendant; 4. Defendant shall register with the state sex offender registration agency in any state where defendant resides, is employed, carries on a vocation, or is a student, as directed by the Probation Officer. Defendant shall provide proof of registration to the Probation Officer within 5 days of release from imprisonment; 5. Defendant shall participate in a psychological/psychiatric counseling &/or a sex offender treatment program, which may include inpatient treatment as approved & directed by the Probation Officer; 6. As directed by the Probation Officer, defendant shall pay all or part of the costs of any counseling or treatment to the aftercare contractor during the period of community supervision, pursuant to 18 USC 3672. Defendant shall provide payment & proof of payment, as directed by the Probation Officer; 7. Defendant shall not possess any materials, including pictures, photographs, books, writings drawing, videos, or video games, depicting &/or describing child pornography as defined in 18 USC 2256(8); 8. Defendant shall not frequent or loiter, within 100 feet of school yards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, or other places primarily used by persons under the age of 18; 9.

| | |
|---|---|
| USA vs. Steven K. Irvin | Docket No.: 05-206(A)-NM |

Defendant shall not associate or have verbal, written, telephonic or electronic communication with any person under the age of 18, except: a) in the presence of the parent or legal guardian of said minor & b) on the condition that defendant notify said parent or legal guardian of his conviction in the instant offense. This provision does not encompass persons under the age of 18, such as waiters, cashiers, ticket vendors, etc., with whom defendant must deal with in order to obtain ordinary & usual commercial services; 10. Defendant shall not affiliate with, own, control, volunteer &/or be employed in any capacity by a business & or organization that causes him to regularly contact persons under the age of 18; 11. Defendant's employment shall be approved by the Probation Officer & any change in employment must be pre-approved by the Probation Officer. Defendant shall submit the name & address of the proposed employer to the Probation Officer at least 10 days prior to any scheduled change; 12. Defendant's residence shall be approved by the Probation Officer & any change in residence must be pre-approved by the Probation Officer. Defendant shall submit the address of the proposed residence to the Probation Officer at least 10 days prior to any scheduled move; 13. Defendant shall refrain from any unlawful use of a controlled substance. Defendant shall submit to 1 drug test within 15 days of release from imprisonment & at least 2 periodic drug tests thereafter, no to exceed 8 tests per month, as directed by the Probation Officer. Court authorizes Probation Officer to disclose Presentence Report &/or any previous mental health evaluations or reports, to the treatment provider. Treatment provider may provide information (excluding the Presentence Report) to State or local social service agencies (such as the State of California, Department of Social Services) for the purpose of the clients's rehabilitation. Court recommends BOP designate defendant to Butner FCI & that when eligible defendant be permitted to participate in the sexual offender treatment program. Defendant ordered to surrender to the designated facility no later than 12:00 noon on 3/13/06, or if no facility has been designated, surrender to the U.S. Marshal in Pittsburgh, PA(Western District of PA). Bond to be exonerated upon surrender. On motion by the government count 1 is dismissed in the interest of justice.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

1/30/06
Date

U. S. District Judge NORA M. MANELLA

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

1/31/06
Filed Date

By _____
Deputy Clerk

1091

| USA vs. Steven K. Irvin | Docket No.: 05-206(A)-NM |
|---|---|

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;
16. and, for felony cases only: not possess a firearm, destructive device, or any other dangerous weapon.

☐ The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

USA vs.  Steven K. Irvin                                              Docket No.:  05-206(A)-NM

## STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence:
    Private victims (individual and corporate),
    Providers of compensation to private victims,
    The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

| USA vs. Steven K. Irvin | Docket No.: 05-206(A)-NM |
|---|---|

## SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account. All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

### RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____ the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By

| USA vs. | Steven K. Irvin | Docket No.: | 05-206(A)-NM |
|---|---|---|---|

_____  _____
Date                                              Deputy Marshal

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

_____      By  _____
Filed Date                                         Deputy Clerk

---

## FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)_____      _____
          Defendant                                              Date

_____      _____
U. S. Probation Officer/Designated Witness                  Date